# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| SEAN TAYLOR and RACHEL HAWKINS on behalf of themselves and others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>SYNCHRONY BANK f/k/a GE CAPITAL CONSUMER LENDING, INC., and SYNCHRONY FINANCIAL,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SYNCHRONY BANK
170 West Election Rd.
Suite 125
Draper, UT 84020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Knoll D. Lowney, Esq.**
**Claire Tonry, Esq.**
**Alyssa Koepfgen, Esq.**
**Marc Zemel, Esq.**
**SMITH & LOWNEY,**
**PLLC 2317 E. John Street**
**Seattle, Washington, 98112**

**Matthew D. Ballew, Esq.**
**BALLEW PURYEAR**
**2010 Ramblewood Dr.**
**Apex, NC 27523**
**Mballew@bplegalnc.com**
*Local Civil Rule 83.1(d) Counsel for Plaintiffs*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: